

# Fourth Court of Appeals
## San Antonio, Texas

July 15, 2014

No. 04-14-00125-CR

Juan **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 5481
Honorable N. Keith Williams, Judge Presiding

# O R D E R

On July 14, 2014, the court reporter filed a notification of late record stating that she anticipated that the reporter's record will be completed by August 25, 2014. The notification of late record is NOTED. The reporter's record is due on **August 25, 2014**.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court